UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLISON SCHULZ,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

        Defendant.

Case No. C10-1883-RSL

**ORDER REVERSING AND REMANDING CASE FOR AWARD OF BENEFITS**

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1)     The Court adopts the Report and Recommendation.

(2)     The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for award of benefits.

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 6th day of September, 2011.

                                            */s/ Robert S. Lasnik*
                                            Robert S. Lasnik
                                            United States District Judge