UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLISON SCHULZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. C10-1883-RSL<br><br>**REPORT AND RECOMMENDATION REGARDING EAJA FEE REQUEST** |

　　Plaintiff has moved for EAJA fees of $3,599.49 minus any applicable processing fees allowed by statute.  Dkt. 22.  In her response, the Commissioner states she "has no objection to this request and will defer to the Court's assessment."  Dkt. 24.  As such, the Court recommends plaintiff's motion be **GRANTED**, and that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation.  A proposed order is attached to this recommendation.

　　DATED this 22nd day of May, 2013.

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

REPORT AND RECOMMENDATION REGARDING
EAJA FEE REQUEST - 1