UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLISON SCHULZ,

            Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

            Defendant.

Case No. C10-1883-RSL

**ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)**

The Court having considered the Report and Recommendation of the Honorable Brian A. Tsuchida and the record ORDERS:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $8,011.00 pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney has already received $4,411.51 under the Equal Access to Justice Act, leaving a remaining fee of $3,599.49. The Social Security Administration is directed to send $3,599.49 to plaintiff's attorney, minus any applicable processing fees as allowed by statute.

(3)     The Clerk shall provide a copy of this order to the parties.

DATED this 23rd day of May, 2013.

                                  */s/ Robert S. Lasnik*
                                  ROBERT S. LASNIK
                                  United States District Judge