UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLISON SCHULZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　　Defendant. | Case No. C10-1883-RSL<br><br>**ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)** |

　　The Court having considered the Report and Recommendation of the Honorable Brian A. Tsuchida and the record ORDERS:

　　(1)　The Court adopts the Report and Recommendation.

　　(2)　Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $8,011.00 pursuant to 42 U.S.C. § 406(b).  Plaintiff's attorney has already received $4,411.51 under the Equal Access to Justice Act, leaving a remaining fee of $3,599.49.  The Social Security Administration is directed to send $3,599.49 to plaintiff's attorney, minus any applicable processing fees as allowed by statute.

　　(3)　The Clerk shall provide a copy of this order to the parties.

　　DATED this 23rd day of May, 2013.

　　　　　　　　　　　　　　　　　　　　　／s／ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　　ROBERT S. LASNIK
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(B) - 1